**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
293 Eisenhower Parkway, Suite 100
Livingston, New Jersey 07039
(973) 597-9100
Jonathan I. Rabinowitz (JR 9356)
Mary Ellen Tully (MT 3306)
John J. Choe (JC 1698)
*Conflict Counsel to the Official Committee of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 06-21886 (MS) |
| MARCAL PAPER MILLS, INC., | Chapter 11 |
| Debtors. | |
| MARCAL PAPER MILLS, INC., by and through THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MARCAL PAPER MILLS, INC., | Adv. Proc. No.: 08-2826 |
| Plaintiff, | |
| v. | |
| SMURFIT STONE CONTAINER CORPORATION, | |
| Defendant. | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS

The Complaint in the above-entitled action be and is hereby dismissed without prejudice and with all parties to bear their own costs.

| | |
|---|---|
| Debtor: | Marcal Paper Mills, Inc. |
| Case No.: | 06-21886(MS), Adv. Proc. No. 08-2826 (MS) |
| Caption of Order: | Stipulation of Dismissal without Prejudice and without Costs |

**RABINOWITZ, LUBETKIN & TULLY, L.L.C.**
*Conflict Counsel to the Official Committee of Unsecured Creditors*

By: /s/ Mary Ellen Tully
    Mary Ellen Tully

Dated: January 25, 2010

F:\Client_Files\A-M\Marcal Paper\Smurfit Stone Container Corp\Stip.dismiss.doc